**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  07-cv-00674-REB-MJW

UNITED STATES OF AMERICA,

     Petitioner,

v.

TRENT C. PALMER,

     Respondent.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

     The matter comes before the court on the **Motion To Dismiss** [#7], filed July 10, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed without prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Motion To Dismiss** [#7], filed July 10, 2007, is **GRANTED**;

     2.  That this action **IS DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

     3.  That the hearing on the Petition to Enforce the Internal Revenue Summons set for September 7, 2007, is **VACATED**.

     Dated July 10, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**